

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2017

No. 04-16-00782-CV

**IN THE INTEREST OF C.R-A.A.**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15189A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

After our opinion issued on May 24, 2017, appellant filed a motion to suspend enforcement of the trial court's order, which was the subject of the appeal. After review, we DENY appellant's motion.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk